

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **The Target Group, Inc.**
Bankruptcy Case: **Armstrong Flooring, Inc.**
Preference Period: **Feb 7, 2022 - May 8, 2022**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Armstrong Flooring, Inc. | Armstrong Flooring, Inc. | ACH:2/25/2022 | $16,629.10 | 2/25/2022 | I90232 | 1/25/2022 | $16,629.10 |
| Totals: | 1 transfer(s), | $16,629.10 | | | | | |